No. 394, Misc. NASH v. CITY OF NEW YORK. Court of Appeals of New York and the Appellate Division of the Supreme Court of New York, First Department. Cer-

932

tiorari deni~~ed. Petitioner pro se. Seymour B. Quel for~~
~~respondent.~~